MERRITT v. PEIRANO. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by John L. Merritt against John B. Peirano. No opinion. Reargument ordered.

METZ v. AMERICAN CREDIT INDEMNITY CO. (Supreme Court, General, Term, First Department. June 14, 1895.) Action by Bernhard Metz against the American Credit Indemnity Company. W. F. Upson, for the motion. John V. Bouvier, Jr., opposed.

PER CURIAM. Under the contract by which Abraham was employed by the defendant, he had no authority to bind the defendant to pay commissions to the plaintiff; and, besides, there is no evidence that Abraham assumed to bind the defendant. The motion for new trial should be denied, and judgment ordered dismissing the complaint, with costs.

MILLS, Appellant, v. GARDNER et al., Respondents. (Supreme Court, General Term, First Department. June 14, 1895.) Action by Lysander T. Mills, as receiver, etc., against Edwin M. Gardner and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re MOORE'S ESTATE. (Supreme Court, General Term, Third Department. July 6, 1895.) In the matter of the judicial settlement of the estate of William Moore, deceased. No opinion. Decree affirmed, with costs and disbursements, to be paid out of the estate. See 33 N. Y. Supp. 419.

MURPHY et al., Respondents, v. NEW YORK EL. R. CO., Appellant. (Superior Court of New York City, General Term. June, 1895.) Action by James W. Murphy and others against the New York Elevated Railroad Company. Davies & Rapallo, for appellant. John E. Parsons, for respondents.

PER CURIAM. The judgment and order should be affirmed, with costs.

NASON ICE MACH. CO., Appellant, v. HERMANCE, Respondent. (Supreme Court, General Term, Second Department. June 14, 1895.) Action by the Nason Ice Machine Company against William L. Hermance. No opinion. Order affirmed, with $10 costs and disbursements.

NATHAN et al. v. HENDRICKS et al. (Supreme Court, General Term, First Department. June 14, 1895.) Action by Frances Nathan and another against Edmund Hendricks and another. No opinion. Order affirmed, with costs on opinion of the court below.

NATIONAL PARK BANK OF NEW YORK, Respondent, v. GODDARD et al., Appellants. (Supreme Court, General Term, First Department. June 14, 1895.) Action by the National Park Bank of New York against Warren N. Goddard and others. Abraham Gruber and Louis Marshall, for appellants. Barlow & Murray, for respondent. No opinion. Judgment affirmed, with costs, on the opinion of the court below. 30 N. Y. Supp. 417.

NEFF, Respondent, v. KLOPFER et al., Appellants. (Common Pleas of New York City and County, General Term. June 3, 1895.) Action by Frederick Neff against Benus Klopfer and another. M. H. Regensburger, for appellants. Henry Schmidt, for respondent.

BOOKSTAVER, J. Plaintiff sued upon an alleged contract with defendants, by which it was agreed that he should make and keep on hand for their use a certain number of paper boxes, for which the defendants contributed certain labels. The defendants contend that they agreed to give their trade to the plaintiff, if he would keep a sufficient stock on hand to insure a prompt delivery of their orders. We think that this contention is upheld by the weight of the evidence. Not only did defendant testify that this was the agreement, but plaintiff's principal witness, when asked, on cross-examination: "Q. The conversation you had, you say, was that if Neff and Co. would keep on hand a certain amount of these boxes Klopfer would give you orders? A. The prices being right." And, further: "Q. Is that so? A. Yes, sir; I had that impression. Q. You don't want to correct it? A. No." It will, therefore, be seen that if plaintiff has any cause of action against the defendant it is for a breach of this contract, and not for "goods manufactured and sold at defendants' request." The judgment must therefore be reversed, as against the weight of the evidence. Brown v. Sullivan, 1 Misc. Rep. 168, 20 N. Y. Supp. 634. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

NEILL, Respondent, v. BROOKLYN EL. R. CO., Appellant. (City Court of Brooklyn, General Term. June 24, 1895.) Action by Alexander Neill against the Brooklyn Elevated Railroad Company. Hoadly, Lauterbach & Johnson, for appellant. Jas. & T. H. Troy, for respondent.

PER CURIAM. The learned counsel for the appellant contends that the damages awarded by the jury were excessive. We have very carefully read the appeal book and the briefs in the case, and, while the verdict was large, we do not think that we should exercise our power to reduce the damages. The court was right in refusing to compel the plaintiff to remove his clothing and exhibit his knee to the jury. Roberts v. Railroad Co., 29 Hun, 154; McQuigan v. Railroad Co., 129 N. Y. 50, 29 N. E. 235; Elfers v. Woolley, 116 N. Y. 294, 22 N. E. 548; Lyon v. Railroad Co., 142 N. Y. 298, 37 N. E. 113. Judgment and order denying new trial affirmed, with costs.

NEWMAN v. LEVY et al. (Supreme Court, General Term, Second Department. June 14, 1895.) Action by Joseph Newman against Ephriam B. Levy and others. No opinion. Motion for leave to appeal to the court of appeals denied, without costs. See 32 N. Y. Supp. 557.